No. 75–1132. CANON *v.* UNITED STATES, 425 U. S. 991;

No. 75–1141. REESE *v.* UNITED STATES, 425 U. S. 972;

No. 75–1330. MIELKE ET AL. *v.* SINGARA GROTTO, INC., ET AL., 425 U. S. 974;

No. 75–1338. MASCHHOFF *v.* INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW, ET AL., 425 U. S. 993;

No. 75–1358. PARKER *v.* MOTOROLA, INC., 425 U. S. 975;

No. 75–1434. WALLACE CLARK & Co., INC. *v.* ACHESON INDUSTRIES, INC., 425 U. S. 976;

No. 75–6241. ISAAC *v.* UNITED STATES, 425 U. S. 977;

No. 75–6251. VYMETALIK *v.* SECRETARY OF COMMERCE, 425 U. S. 977;

No. 75–6284. MONTOYA-GONZALES *v.* UNITED STATES, 425 U. S. 978;

No. 75–6320. GUERRA *v.* UNITED STATES, 426 U. S. 909;

No. 75–6450. BURAS *v.* CHEVRON OIL CO. ET AL., 425 U. S. 980;

No. 75–6528. FOSTER *v.* GALLAWA ET AL., 425 U. S. 989; and

No. 75–6545. RAITPORT *v.* COMMERCIAL BANKS LOCATED WITHIN THIS DISTRICT AS A CLASS ET AL., 425 U. S. 997. Petitions for rehearing denied.